Clinton "Pickhandle" JONES

v.

UNITED STATES of America.

No. 5065.

United States Court of Appeals,
Tenth Circuit.

Jan. 7, 1955.

J. J. Hickey and Philip White, Cheyenne, Wyo., for appellant.

John F. Raper, Jr., U. S. Atty., Cheyenne, Wyo., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed, pursuant to stipulation.

---

Nancy N. R. BROWN, Guardian of Paul Jacob Brown, Incompetent,

v.

David L. MacFARLANE et al.

No. 5066.

United States Court of Appeals,
Tenth Circuit.

Jan. 7, 1955.

Donald L. Randolph, Kansas City, Mo., for appellant.

Harold R. Fatzer, Atty. Gen., State of Kansas, for appellees.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees, for failure of appellant diligently to prosecute.

---

David S. McCULLOUGH

v.

Charles H. HILL and H. Lee Hill, Co-partners Doing Business under the Firm Name of Master Manufacturing Company.

No. 5104.

United States Court of Appeals,
Tenth Circuit.

Feb. 17, 1955.

Claude A. Fishburn, Kansas City, Mo., and Emmet A. Blaes, Wichita, Kan., for appellant.

C. Earl Hovey, Kansas City, Mo., and Bonner & Bonner, Wichita, Kan., for appellees.

Before PHILLIPS, Chief Judge.

Docketed and dismissed on motion of appellees, for failure of appellant diligently to prosecute.

---

Heister H. DRUM, as Ancillary Administrator de bonis non, of the Estate of Francis J. Arcuri,

v.

Frank NARDI et al.

No. 5043.

United States Court of Appeals,
Tenth Circuit.

Feb. 17, 1955.

Heister H. Drum, Albuquerque, N. M., for appellant.

Rodey, Dickason, Sloan, Mims & Akin, Albuquerque, N. M., for appellees.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed on court's own motion for failure of appellant diligently to prosecute.